**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

CITY OF VALPARAISO,

    Plaintiff,

v.                                       CASE NO.:   3:08cv420/MCR/MD

UNITED STATES AIR FORCE,

    Defendant.

_____/

## AMENDED ORDER OF DISMISSAL

    This matter is before the Court upon Plaintiff's Unopposed Motion to Dismiss With Prejudice.  (Doc. 45).  The previously entered Order of Dismissal (doc. 44) is amended to the extent this case is dismissed with prejudice consistent with the parties settlement agreement.  The Clerk is directed to close the case in its entirety for all purposes.

    **ORDERED** on this 18th day of August, 2009.

                          *s/ M. Casey Rodgers*
                          **M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE**